CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

John T. Coates, Esq
555 E. Pacific Coast Highway, Suite 218
Long Beach, CA 90806
562-489-1780
Attorneys for Defendant
Progressive Horizon, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br>v.<br><br>ALEXANDRA LLC, a California Limited Liability Company; PROGREESSIVE HORIZON, INC, a California Nonprofit Corporation; and Does 1-10,<br><br>   Defendants. | Case No.: 2:19-cv-10988-SVW-PLA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties; each party to bear his/her/its own attorneys' fees and costs, and subject to reopening by any party if the settlement in principle fails to be consummated within sixty (60) days. Upon completion of the settlement documents and terms, the Parties shall file stipulation of dismissal with prejudice as to the entire matter.

| | | |
|---|---|---|
| Dated: October 15, 2020 | | CENTER FOR DISABILITY ACCESS |
| | By: | /s/ Amanda Seabock |
| | | Amanda Seabock |
| | | Attorneys for Plaintiff |
| Dated: October 15, 2020 | | |
| | By: | /s/ John T. Coates |
| | | John T. Coates |
| | | Attorneys for Defendant |
| | | Progressive Horizon, Inc. |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to John T. Coates, counsel for Progressive Horizon, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 15, 2020          CENTER FOR DISABILITY ACCESS

                                 By:   /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff